# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ROBERT KEELEY, and others,
similarly situated,

    Plaintiff,

v.                                            Case No. 3:16-cv-1265-J-32MCR

L&M WAREHOUSE & PACKAGING
OF NORTH FLORIDA, LLC,

    Defendant.

## O R D E R

This FLSA case is before the Court on the Joint Motion to Approve Settlement and to Dismiss With Prejudice (Doc. 18). On March 29, 2017, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 22) recommending that the Court grant the motion to the extent the settlement agreement should be approved and the case be dismissed with prejudice and denied to the extent it asks that the Court retain jurisdiction to enforce Defendant's obligations to make the payments to Plaintiffs and their attorney pursuant to the settlement agreement.[1] It is further recommended that the Clerk of Court be directed to terminate any pending motions and close the case.

---

[1] It appears that Paragraph 11 of the Settlement Agreement does not ask the Court to retain jurisdiction but merely provides that any new action to enforce the agreement must be filed in this Court.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 22), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 22) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion to Approve Settlement and to Dismiss With Prejudice (Doc. 18) is **GRANTED** to the extent the settlement agreement is **APPROVED** and the case is **DISMISSED with prejudice**.

3. The Clerk shall terminate any pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 18th day of April, 2017.

TIMOTHY J. CORRIGAN
United States District Judge

sj
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record